UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TEROS ANDERSON SWEENEY, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) No.: 3:15-cv-230-TWP-HBG |
| OFFICER DARRELL SEXTON and CITY OF KNOXVILLE, | ) ) ) ) |
| *Defendants*. | ) |

## MEMORANDUM

On June 17, 2015, plaintiff was ordered to complete and return the service packets for the defendants within 20 days. Plaintiff was forewarned that failure to return the completed service packets could jeopardize his prosecution of this action. Plaintiff has failed to return the service packets or otherwise respond to the order of this Court. Therefore, this action, filed under 42 U.S.C. § 1983, will be **DISMISSED without prejudice** sua sponte for failure to prosecute and to comply with the orders of this Court. Fed. R.Civ. P.41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

Additionally, this Court has carefully reviewed this case pursuant to 28 U.S.C. § 1915(a) and will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous and, thus, will **DENY** plaintiff leave to proceed on appeal *in forma pauperis*.

**ENTER:**

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE